# United States Court of Appeals
## For the First Circuit

No. 25-2093

ANGEL NAMINA MALAN,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; PATRICIA H. HYDE, Field Office Director; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MICHAEL KROL, HSI New England Special Agent in Charge,

Respondents - Appellees.

**ORDER OF COURT**

Entered: August 20, 2026

The parties to this case are directed to file, within ten days of the date of this order, simultaneous supplemental briefs not to exceed ten pages regarding the effect of Guerrero Orellana v. Moniz, et al., No. 25-2152, -- F.4th --, 2026 WL 2352042 (1st Cir. Aug. 13, 2026), and any other post-briefing decisions on this case.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Thomas Packard
Daniel Louis McFadden
Jessie J. Rossman
Julian Bava
William H. Locke
Richard K. Dinjian Jr.
Donald Campbell Lockhart
Jennifer Hay Zacks
Rayford A. Farquhar
Abraham R. George
Nicole Marie O'Connor