# United States Court of Appeals
## For the First Circuit

No. 25-2093

ANGEL NAMINA MALAN,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; PATRICIA H. HYDE, Field Office Director; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MICHAEL KROL, HSI New England Special Agent in Charge,

Respondents - Appellees.

**ORDER OF COURT**

Entered: August 27, 2026

Upon consideration of Appellees Patricia H. Hyde, Michael Krol, Antone Moniz, Markwayne Mullin, and David J. Venturella's assented-to motion for an extension of time, the motion is granted. The parties' simultaneous supplemental briefs shall be filed on or before **September 3, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Michael Thomas Packard, Daniel Louis McFadden, Jessie J. Rossman, Julian Bava, William H. Locke, Richard K. Dinjian Jr., Donald Campbell Lockhart, Jennifer Hay Zacks, Rayford A. Farquhar, Abraham R. George, Nicole Marie O'Connor